# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                                           No. 18-10073-STA

CHARLES ARANT,

    Defendant.

## ORDER GRANTING JOINT MOTION TO CONTINUE
## SUPPRESSION HEARING AND NOTICE OF RESETTING

This cause came on to be heard on the joint motion of the parties for an Order Granting Motion to Continue Suppression Hearing.

The parties have moved for an order continuing the November 15, 2018 suppression hearing because of the unavailability of defense counsel and a testifying officer on November 15, 2018. Because the parties are in agreement that the matter should be continued, and for good cause shown, the Court finds the joint motion should be granted.

It is, therefore, ORDERED, that the suppression hearing set November 15, 2018 shall be continued to **Wednesday**, **December 5, 2018** at 1:30 P.M.

**SO ORDERED** this 8th day of November, 2018.

                                                        s/S. Thomas Anderson
                                                        S. THOMAS ANDERSON
                                                        CHIEF UNITED STATES DISTRICT JUDGE